JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON, | Case No. 5:22-cv-02023-JAK-KES |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| GABRIEL SANTANA, et al., | |
|     Defendants. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Complaint is dismissed without leave to amend.

DATED:  July 25, 2023                      

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE